853 F.2d 927
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
Kian SHEBLE, Plaintiff-Appellant,
v.
TENNESSEE VALLEY AUTHORITY, Defendant-Appellee.
 No. 88-5105.
 United States Court of Appeals, Sixth Circuit.
 Aug. 9, 1988.
 
 Before KEITH, KENNEDY and DAVID A. NELSON, Circuit Judges.
 
 ORDER
 
 1
 This case has been referred to a panel of this court pursuant to Rule 9(a), Rules of the Sixth Circuit. Upon examination of the briefs and record, this panel unanimously agrees that oral argument is not needed. Fed.R.App.P. 34(a).
 
 
 2
 Plaintiff brought this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. Sec. 2000e et seq., alleging employment discrimination based on national origin. The district court ultimately granted summary judgment for defendant and this appeal followed. On appeal the parties have briefed the issues, plaintiff proceeding pro se.
 
 
 3
 Upon consideration, we affirm for the reasons set forth in the memorandum opinion filed December 2, 1987. Rule 9(b)(5), Rules of the Sixth Circuit.